IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                          No. CV 16-0173 LAM/KK

A PERUVIAN PAINTING ENTITLED
ADAM AND EVE IN GARDEN OF EDEN,

       Defendant,

And

JOHN WRIGHT-SCHAFER,
owner of Peyton Wright Gallery

       Claimant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

MATTER(S) TO BE HEARD:      Status Conference

DATE AND TIME OF HEARING:      Wednesday, October 12, 2016 at 2:00 p.m.
      (Trailing Docket – please be available
      15 minutes prior to the start of this hearing)

LOCATION:      U.S. Courthouse and Federal Building, 5th Floor,
      100 N. Church, Las Cruces, NM, before
      U.S. Magistrate Judge LOURDES A. MARTÍNEZ

**The Court shall initiate the call - if counsel will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers by 11:00 a.m. the day before the hearing.**  The Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this

**capacity, they must contact the Court immediately so that alternative arrangements may be made.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**