IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                **No. CV 16-0173 LAM/KK**

**A PERUVIAN PAINTING ENTITLED**
**ADAM AND EVE IN GARDEN OF EDEN,**

      **Defendant,**

And

**JOHN WRIGHT-SCHAFER, owner of**
**Peyton Wright Gallery, and**
**ANTONIO ROIG FERRE,**

      **Claimants.**

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** is before the Court on the *United States' Motion for Default Judgment (Doc. 11)*, filed October 5, 2016.  On September 26, 2016, Claimant John Wright-Schaefer filed his *Disclaimer* (*Doc. 7*), disclaiming any "right, title or interest in the Defendant Property." Having reviewed the motion, pleadings, and record of this case, and being fully advised in the premises, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure the Court **FINDS** that:

      1.    The statements contained in the United States' *Request for Clerk's Entry of Default (Praecipe) (Doc. 8)*, the *Clerk's Entry of Default (Doc. 10)*, and the *United States' Motion for Default Judgment (Doc. 11)* are true; and

2. The parties and claimants in this case have all consented to the undersigned as the presiding judge. *See* [*Docs. 14, 17, 18, 19, 20*]. Therefore, the Court has jurisdiction over the parties to and the subject matter of this action, and has the power to enter this Default Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that Default Judgment is entered in favor of the United States.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that all right, title, and interest in the Defendant Property, A Peruvian Painting Entitled "Adam And Eve In Garden Of Eden" A/K/A "La Creación De Eva," is forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by: (***Prior to modification by the Court***)

*Electronically submitted October 5, 2016*
SHANA B. LONG
Assistant U.S. Attorney